FILED
U.S. District Court
District of Kansas

NOV 3 0 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT

District of Kansas

DAMON L. WHEELER

Plaintiff

VS       CASE NUMBER: 23-1240

FITZGIBBON HOSPITAL

Defendant

MOTION TO SHOW CAUSE

In Conjunction with the United States District Court Plaintiff Damon L. Wheeler filing this "Motion To Show Cause" as to the circumstances of suffering numerous injuries sustained from a car accident with numerous injuries that were not listed in injury report. From Discharge summary on pages 1-8 patient Damon L. Wheeler was never administered proper medical attention. Plaintiff Damon L. Wheeler notified medical attention authorities in Saline County. To contact family as emergency contacts that accident took place noting that Plaintiff never became agitated, aggressive, or combative at any point in Time while law enforcement gave acknowledgement that any accident took place. Under 38 u.s.c. Code 7316-1346 (B) and 2672 of title 2 (B). Plaintiff Damon L. Wheeler was Held without no ideation of any sort of standards to medical signed Judges orders. No communication of medical history and no release of information was given to staff in violation of 42 u.s.c. 21 (B) (Religion Freedom Restoration) as religious specified spiritual religion but identified numerous inconsistencies in initial pages of medical summary. Upon Plaintiff release from patient reports were noticed and the proper complaint number was provided from investigation by the Missouri Human Rights Commission forwarding in case number by the United States District Courts. This is ending the Motion to Show Cause entered in by Plaintiff Damon L. Wheeler To the United States District Court.

Damon Wheeler
maahummaestro83@gmail.com
316-512-7087