FILED
U.S. District Court
District of Kansas

DEC 04 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

United States District Court

District Court of Kansas

Damon L Wheeler

    Plaintiff

    Vs        Case number :    23- 1240

Fitzgibbon Hospital

    Defendant

## Motion To Witness

In Conjunction under federal rule 603 in the United States District Court to Honor this Motion to witness To testify in the behalf of my lawsuit against Fitzgibbon Hospital in the United States District Court until Disposition is rendered or settlement may be approved by the courts of numerous "Tiers of Facts". IF court proceedings may be approved for trial if context of court Adjourning in Proceedings are Approved during case matter while case is proceeding.

Plaintiff Damon L Wheeler asks that the United States District Court honors and approves this Motion on this Day of December 4th, 2023

Damon Wheeler
General Delivery
316-512-7087