United States District Court

District Court of Kansas

FILED
U.S. District Court
District of Kansas

DEC 27 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Damon L Wheeler

Plaintiff

Vs          Case number :    23- 1240

Fitzgibbon Hospital

Defendant

Motion To Witness

In Conjunction under federal rule 603 in the United States District Court to Honor this Motion to witness To testify in the behalf of my lawsuit against Fitzgibbon Hospital in the United States District Court until Disposition is rendered or settlement may be approved by the courts of numerous "Tiers of Facts". IF court proceedings may be approved for trial if context of court Adjourning in Proceedings are Approved during case matter while case is proceeding.

Plaintiff Damon L Wheeler asks that the United States Court Of Appeals Tenth Circuit honors and approves this Motion on this Day of December 12 th, 2023

Damon Wheeler
maahummaeste83@Gmail.com