FILED
U.S. District Court
District of Kansas

DEC 27 2023

Clerk, U.S. District Court
By _GRK_ Deputy Clerk

united states district court

District of Kansas


Damon L. Wheeler

    Plaintiff


Vs


Case number: 23-1240


Fitzgibbon Hospital

    Defendant


    Motion To Object


In Conjunction with the United States District Court under 18 CFR S 385.410 Plaintiff Damon L. Wheeler filing this Motion To Object in Prior Motion To Show Cause dismissed on December 12, 2023 With the United States District Court alleging that Fitzgibbon Hospital had acts of Medical Malpractice 22- u.s.c. 2702 and Violation of Civil Rights of 42 u.s.c. 21(B) Religion Freedom Restoration (H.R. 1308) during admittance as patient in hospital from July 5th, 2023 until July 11th, 2023 obtaining injuries from automobile accident without proper medical attention being administered. Manning v Twin Falls Clinic and Hospital Inc 830 P. 2d 1185( Idaho 1992). Plaintiff Damon L. Wheeler notes that in Hospital Records were documented as Plaintiff repetitively referred in Supplicating religion under 42 u.s.c. 21(B) (Religion Freedom Restoration- H.R. 1308). As spiritual specified religious preferences. Plaintiff Damon L. Wheeler was told that judges Court order was never signed for mental/ medical records received from adjoining state of Kansas as directed to patient at time of admittance into Fitzgibbon Hospital. Plaintiff suffered from numerous injuries and can provide photographs of injuries obtained if admitted as sufficient evidence if approved for by the United States District Court or the United States Court Of Appeals if granted for Good Cause as facts if evidence to credit Plaintiff's allegation/claim against Fitzgibbon Hospital during Time of admittance as patient. Plaintiff Damon L. Wheeler's hospital records were obtained and numerous inconsistencies were noticed in the Medical Records Summary. Plaintiff Damon L. Wheeler contacted the Missouri Human

Rights Commission for the obtainment of case number complaint. Medical Report Forms were to be completed by seen APRN Tara Baird (Comcare at present Time in different state governed jurisdictional mental health agency in which. Plaintiff was against the decision to have APRN complete medical form for the Missouri Human Rights Commission. Plaintiff asked for a Release of information to be completed by the Social security administration due to the circumstances of the state jurisdictional mental health agency in non compliance of prior medical treatment. A complaint number was provided by the Missouri Human Rights Commission to proceed forward in filing of Motion To Object By the United States District Court.

*Damon L Wheeler*

316-209-3528

maahummaestro83@gmail.com