# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DAMON LAMONT WHEELER,**

        Plaintiff,

v.                                      Case No: 23-1240-JWB

**FITZGIBBON HOSPITAL,**

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed January 4, 2024, the court ADOPTS the Report & Recommendation and DISMISSES Plaintiff's complaint.

|   |   |
|---|---|
|   January 4, 2024   <br> Date | SKYLER O'HARA <br> CLERK OF THE DISTRICT COURT <br><br> by:   s/ Joyce Roach   <br>         Deputy Clerk |